**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERT LEWIS,

|                      | Petitioner,  |   20 **CIVIL** 9777 (VB) |

    -against-                                   **JUDGMENT**

THE PEOPLE OF THE STATE OF NEW YORK,

                                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 5, 2021, the petition for a

writ of habeas corpus is denied; accordingly, this case is closed; as petitioner has not made a

substantial showing of the denial of a constitutional right, a certificate of appealability will not

issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order

would not be taken in good faith.

**DATED:**  New York, New York
            February 8, 2021

                               **RUBY J. KRAJICK**
                       _____
                             Clerk of Court
          **BY:**
                             Deputy Clerk